82,518-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 24 2015

Abel Acosta, Clerk

Cause NO. F09-71153-Q

To: The court of criminal Appeals Clerk

In the case of Timothy James Jefferson
V.S
The State of Texas

The court of criminal Appeals remanded my case back to the 204th court Judicial District court. The date that it was remanded on was february 11, 2015 on this date the courts in Austin, gave a order to answer within 90 days to resolve the issue. The order was also for the court in the 204th Judicial District to have the papers to the courts in Austin within 120 days. At the very moment it has exceeded the ordered time. Since the order i have not recieved a paper where they have asked for a extension. I have used all of my money on my lawyer to file the 11.07 motion and have no more funds to pay to file a follow up. I'm asking at the mercy of the courts for a response on my case and why is it that i haven't been back to Dallas

County for my evidence hearing.

Sincerely,
Timothy James Jefferson
Timothy James Jefferson